```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
IVAN FREDY URAGA-VALENCIA,

                    Petitioner,
                                                    O R D E R

                                              19 Civ. 6745 (NRB)

         - against -

JAMES MCHENRY, ANNE J. GREER, TERESA
DONOVAN, WILLIAM BARR, and THOMAS DECKER,

                    Respondents.
-------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS** on July 19, 2019, petitioner filed an order to show cause seeking a temporary restraining order and preliminary injunction, ECF No. 1; and

**WHEREAS** on July 22, 2019, petitioner voluntarily withdrew the order to show cause seeking a temporary restraining order and preliminary injunction, ECF No. 4; and

**WHEREAS** petitioner took no further action and never fully effectuated service; it is hereby

**ORDERED** that the case is dismissed without prejudice.

Dated:    New York, New York
          January 4, 2021

                                          _____
                                          NAOMI REICE BUCHWALD
                                          UNITED STATES DISTRICT JUDGE